**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **vs.** | : | |
| | : | |
| **DANIEL CHARLES,** | : | **06-526-3** |
| | : | |

## O R D E R

AND NOW, this 17th day of March, 2010, upon consideration of Defendant

Daniel Charles' motion for judgment of acquittal pursuant to Federal Rule of Criminal

Procedure 29 (Doc. # 200), it is hereby ORDERED that the defendant's motion is

DENIED.


BY THE COURT:


/s/ LAWRENCE F. STENGEL_____
LAWRENCE F. STENGEL, J.